**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
# 24-20495-CR-BLOOM/ELFENBEIN
CASE NO. _____

18 U.S.C. § 922(e)
18 U.S.C. § 554
18 U.S.C. § 924(a)(1)(D)
18 U.S.C. § 924(d)(1)
18 U.S.C. § 981(a)(1)(C)

FILED BY_____ *mp* _____D.C.

Nov 13, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**UNITED STATES OF AMERICA**

v.

**MATHEUS GODOY ROMERO,**

　　　　**Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
**Delivery of Firearms to a Common Carrier Without Written Notification**
**(18 U.S.C. § 922(e))**

On or about December 18, 2023, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MATHEUS GODOY ROMERO,**

did knowingly and willfully deliver and cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce, to a person other than a licensed firearm importer, manufacturer, dealer, and collector, a package and other container in which there were firearms, without written notice to the carrier that such firearms were being transported and shipped, in violation of Title 18, United States Code, Sections 922(e), 924(a)(1)(D), and 2.

It is further alleged that the firearms are:

i.     One (1) Aero Precision AR-15 Upper Receiver Parts Kit;

ii.    Two (2) AR-15 Lower Receivers; and

iii.   One (1) AR-15 Upper Receiver.

## COUNT 2
### Smuggling Goods Outside the United States
### (18 U.S.C. § 554)

On or about December 18, 2023, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MATHEUS GODOY ROMERO,**

did fraudulently and knowingly attempt to export and send from the United States to a place outside thereof, that is, Paraguay, any merchandise, article, and object, that is, firearms, and did conceal and facilitate the concealment of such merchandise, article, and object prior to exportation, knowing the same to be intended for exportation, contrary to any law and regulation of the United States, that is, Title 18, United States Code, Section 922(e), in violation of Title 18, United States Code, Sections 554 and 2.

## FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MATHEUS GODOY ROMERO**, has an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 922, or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3.     Upon conviction of a violation of Title 18, United States Code, Section 554, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

███████████████████

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

ILANA MALKIN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

**CASE NO.:** 24-20495-CR-BLOOM/ELFENBEIN

**v.**

MATHEUS GODOY ROMERO,

_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect: _____

4. This case will take _____ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    ☒ 0 to  5 days                 ☐ Petty
   II   ☐ 6 to 10 days                 ☐ Minor
   III  ☐ 11 to 20 days                ☐ Misdemeanor
   IV   ☐ 21 to 60 days                ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) _____
   If yes, _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) _____
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) __No__
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No) __No__
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) __No__
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __No__
16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __No__

By: _____
Ilana Malkin
Assistant United States Attorney
SDFL Court ID No.   A5503170

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  MATHEUS GODOY ROMERO

**Case No**:

Count #: 1

Delivery of Firearms to a Common Carrier Without Written Notification

Title 18, United States Code, Section 922(e)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #: 2

Smuggling Goods from the United States

Title 18, United States Code, Section 554
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**